MARIE WOODWARD, Respondent, *v.* OLIVER VANIER, as Executor of ANNA W. RICHARDSON, Deceased, Appellant.

Argued January 18, 1937; decided March 9, 1937.

*H. C. Stratton* and *Charles D. Clinton* for appellant.

*James B. Gitlitz* and *Peter J. Wacks* for respondent.

Judgment affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.